JAMES V. CAMBLIN, Respondent, v. HAROLD JEFFERY, Appellant.— Judgment affirmed, with costs. All concur. (The judgment is for damages for false imprisonment.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

INEZ BLACK DRAKE, Respondent, v. CORNING BUILDING Co., INC., Appellant. — Judgment and order affirmed, with costs. All concur. (The judgment is for damages for personal injuries sustained by a fall over automatic scales maintained on a sidewalk. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

ANNA SZEREMETA, Respondent, v. WILLIAM LITTLEDYKE, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $1,500 as of the date of the rendition thereof, in which event the judgment is modified accordingly and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concur, except Thompson and Lewis, JJ., who dissent and vote for affirmance. (The judgment was for damages for injuries sustained in an automobile collision. The order denied a motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

THERESA HARTRICH, Respondent, v. SEARS, ROEBUCK & COMPANY, Appellant. — Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $2,500 as of the date of the rendition thereof, in which event the judgment is modified accordingly and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concur. (The judgment was for damages for injuries sustained by falling of a sign. The order denied a motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

JOSEPH HARTRICH, Respondent, v. SEARS, ROEBUCK & COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for damages for loss of services of and medical attention to plaintiff's wife resulting from injuries sustained by falling of a sign. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

GENERAL MOTORS ACCEPTANCE CORPORATION, Appellant, v. PEOPLES BANK OF HAMBURG, Respondent.— Judgment affirmed, with costs. All concur. (The judgment is in replevin directing the recovery of two automobiles or their value.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.